44

## 22698.   Baker *v.* The State.

Per Curiam.   The evidence was ample to support the verdict of guilty. The two special grounds of the motion for a new trial were based on alleged newly discovered evidence.   One ground was cumulative of evidence adduced on the trial, and the other ground was impeaching in its nature, and the motion for a new trial was, therefore, properly overruled by the trial judge.

*Judgment affirmed.   Broyles, C. J., and Hooper, J., concur.   MacIntyre, J., not presiding.*

Decided November 16, 1932.

*W. C. Hodges,* for plaintiff in error.